UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of DEPOSIT GUARANTEE FUND OF UKRAINE Pursuant to 28 U.S.C. § 1782, For an Order to Obtain Discovery in Aid of a Foreign Proceeding.

22-MC-293 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 1, 2022, the Court issued an order granting Applicant's *ex parte* application for discovery from Respondent BNYM pursuant to 28 U.S.C. § 1782. *See* Dkt. 9. On February 15, 2023, the Court issued a protective order and an order entering a confidentiality stipulation. *See* Dkt. 11. By December 14, 2023, the parties shall submit a joint letter indicating whether the Court may terminate this matter.

SO ORDERED.

Dated:   November 30, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge